# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JENNIFER MANNING,**

      **Plaintiff,**

**v.**                                           **Case No:   5:13-cv-417-Oc-22PRL**

**SECOND CHANCE JAI ALAI LLC and**
**JOSEPH JAMES COFFEY,**

      **Defendants.**

## ORDER

This cause is before the Court on the Amended Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice (Doc. No. 18) filed on December 18, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 9, 2014 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice is hereby GRANTED.

3. The Settlement Agreement and Release are hereby APPROVED.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on January 27, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record